UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IVAN SANCHEZ ARIAS

                Plaintiff(s),

             v.

CALIFORNIA HIGHWAY PATROL, et al.

                Defendant(s).

CASE NO. C-09-00760 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: May 2, 2009

Dated: May 2, 2009

Dated: May 2, 2009

/s/ Evan Martyndale Livingstone
Attorney for Plaintiff

/s/ David W. Hamilton
Attorney for Defendants
CHP, CHP Commissioner J.A. Farrow, and CHP Officer Bill Harm

/s/ Bonnie A. Freeman
Attorney for County of Sonoma, et al.

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- x Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

Deadline for ADR session
- x 90 days from the date of this order.   **July 6, 2009**
- other

IT IS SO ORDERED.

Dated: 5/5/09

_____
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On May 4, 2009, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

upon the following parties via the Court's PACER-ECF electronic filing system:

**Attys for Plaintiff Ivan Sanchez Arias:**
Evan Martyndale Livingstone, Esq.
Law Offices of Michael A. Fiumara
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95404
**Telephone:** (707) 571-8600
**Facsimile:** (707) 568-7240
**Email:** evanlivingstone@sbcglobal.net

**Attys for Defs CHP, CHP Commissioner J.A. Farrow, and CHP Officer Bill Harm:**
Edmund G. Brown Jr., Esq.
Attorney General of the State of California
Tylor B. Pon, Esq.
Supervising Deputy Attorney General
David W. Hamilton, Esq.
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
**Telephone:** (510) 622-2193
**Facsimile:** (510) 622-2121
**Email:** David.Hamilton@doj.ca.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California, on the date set forth above.

/s/ *Tracy Kecskemeti*
Tracy Kecskemeti