UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SANCHEZ ARIAS,<br><br>           Plaintiff(s),<br><br>     v.<br><br>CALIFORNIA HIGHWAY PATROL,<br><br>           Defendant(s). | No. C09-0760 CW (BZ)<br><br>**SECOND DISCOVERY ORDER** |

Following a telephone conference where all parties were represented by counsel, **IT IS ORDERED THAT**:

1. Plaintiff's motion to extend discovery is **GRANTED IN PART**. Plaintiff is given leave to depose Carlos Basurto for two hours and Jose Alcala for one hour.

2. The depositions are to be completed by **APRIL 21, 2010 at 5:00 p.m.**.

3. Defendant Basurto is given leave to file an appropriate motion if he believes that plaintiff's conduct is sanctionable.

Dated: April 15, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ARIAS V. CA HIGHWAY PATROL\DISC ORD 2.wpd

1