UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IVAN SANCHEZ ARIAS,

      Plaintiff,

  v.

CALIFORNIA HIGHWAY PATROL,

      Defendant.

NO. 09-00760 CW

**MINUTE ORDER**
Date: May 13, 2010

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley**   **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Evan Martyndale Livingstone

**Appearances for Defendant:**
David W. Hamilton

**Further Case Management - HELD**

Notes: Plaintiff's counsel advises the Court that a Yolanda Arias has been appointed Guardian ad Litem for the minor in State Court.  Counsel is directed to file proof of the appointment of with this Court.  This case is referred to Magistrate Judge Beeler for settlement conference.  Parties agree that the Jury Trial should only take 3 days.  The previously scheduled Pretrial and Jury trial dates are maintained.

The next dates are:
October 5, 2010 at 2:00 p.m. for Pretrial Conference
October 18, 2010 at 8:30 a.m. for Jury Trial (3 days)


Copies to:  Chambers